UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MR. ROBERT L. DUNN, SR.,

      Plaintiff,

-against-

DOWNSTATE CORRECTIONAL
FACILITY/DEPT. OF CORRECTIONS,

      Defendant.

19-CV-10384 (CM)

CIVIL JUDGMENT

  Pursuant to the order issued December 19, 2019, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(iii).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: December 19, 2019
    New York, New York

                  COLLEEN McMAHON
                  Chief United States District Judge